UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

BARRY SIMON,

                Plaintiff,

-against-

INWOOD ROBIN HOUSE; VICKY RODRIGUEZ; ROSEMARLY FERRER; N.Y.C.H.P.D. AKA H.U.D. CONTACT ADMINISTRATOR,

                Defendants.

23-CV-10672 (LTS)

CIVIL JUDGMENT

For the reasons stated in the January 31, 2024, order, this action is dismissed.

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

SO ORDERED.

Dated:   April 9, 2024
           New York, New York

                                             /s/ Laura Taylor Swain
                                               LAURA TAYLOR SWAIN
                                          Chief United States District Judge